UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELSA DIAZ REYES,

Petitioner,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR, et al.,

CASE NO. 2:21-cv-00978-BAT-RSM

**ORDER GRANTING MOTIONS TO SEAL EXHIBITS**

Before the Court are multiple motions filed by the parties to seal portions of the pleadings and or supportive exhibits.

Petitioner filed a motion to seal the redacted portions she proffered regarding Exhibits A, B, C, F, and G of the Maltese Declaration. *See* Dkt. 4 referring to Dkt. 3.

Respondents have filed two unopposed motions to seal. The first, regards Exhibit H, contained in Dkt. 17. *See* Motion at Dkt. 1. The second, regards Exhibits C and V contained in Dkt. 22. *See* motion at Dkt. 23. The Court having reviewed the motion and the record ORDERS:

1. The Court GRANTS Petitioner's motion to seal. Dkt. 4.
2. The Court GRANTS Respondents' motion to seal Dkt. 18.
3. The Court GRANTS Respondents' motion to seal Dkt. 23.
4. The clerk shall seal each of the above exhibits.

5. The clerk shall provide a copy of this order to the parties.

DATED this 7th day of September 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTIONS TO SEAL EXHIBITS - 2